AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>the premises and devices located at<br>517 Lincoln Street, Marquette, Kansas,<br>as further described in Attachment A | )<br>)<br>)  Case No. 20-m-6163-01-KGG<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Kansas_____
*(identify the person or describe the property to be searched and give its location):*

the premises and devices located at 517 Lincoln Street, Marquette, Kansas, as further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before __Dec. 15, 2020__ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____the Honorable Kenneth G. Gale____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  __Dec. 8, 2020  1445__            _____[signature]_____
                                                                                        *Judge's signature*

City and state:  __Wichita, KS__                              The Honorable Kenneth G. Gale, US Magistrate Judge
                                                                                        *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

Case No.: 3056-KE-3348846

Date and time warrant executed: 12/08/2020 1715 HRS

Copy of warrant and inventory left with: MARGARET HEDBERG

Inventory made in the presence of: MARGARET HEDBERG

Inventory of the property taken and name of any person(s) seized:

BLANKET; WHITE, BLUE & PINK
BLANKET; BLACK & BLU
BLANKET; BLUE
BLANKET, BLACK PLAID
NAPKIN WITH WRITTEN GMAIL ADDRESS
RED NIKON COOLPIX CAMERA
GREY LG CELL PHONE
BLUE & GREY LG CELL PHONE
GREY MOTOROLA CELL PHONE
GREY LG CELL PHONE
IPHONE 7 IN BRONZE COLORED CASE

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/28/2020

Executing officer's signature

SA ANDREW CAMPBELL, FBI
Printed name and title

## ATTACHMENT A

*Property to be searched*

The property to be searched is **517 LINCOLN, MARQUETTE, KANSAS**, further described as follows:

A small single family home on a southwest corner lot. The residence is single story, white with blue trim, and has a small porch with a wooden ramp on the east side.



## ATTACHMENT B

*Property to be seized*

1. Any and all child pornography (as defined in 18 U.S.C. § 2256(8)), visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2), in any format or medium, including computer files, prints, negatives, drawings, and paintings.

2. Any and all child erotica, in any format or medium, including documents, writings, and images or videos of children that do not qualify as child pornography but evince a sexual interest in children.

3. Any and all images of Minor Victim, as set forth in the attached affidavit and known to law enforcement, in the possession of Loren Olson.

4. Any and all record of communication between Minor Victim by Loren Olson, which may show evidence of Loren Olson's intent, knowledge, and state of mind in relation to the crimes set forth in the attached affidavit.

5. Any and all computer devices (including desktops, laptops, tablets, smartphones, as well as the hardware, peripherals, software, computer related documentation, passwords and data security devices, and storage devices), including the software or programs or applications contained therein, that may be or are used to:

   a. Produce, distribute, receive, possess or access child pornography or visual depictions of minors engaged in sexually explicit conduct;

   b. Seek, obtain, store, or record information pertaining to the sexual exploitation of children or otherwise relate to an interest in child pornography, visual depictions

2

of minors engaged in sexually explicit conduct, child erotica, or the sexual exploitation of children;

c. Communicate with any other person regarding child pornography, visual depictions of minors engaged in sexually explicit conduct, child erotica, or the sexual exploitation of children; and any and all data or information on the device which may relate to subparagraphs 5a, 5b, and 5c, including data or information that may reveal indicia of ownership, access, or use.

6. Any and all notes, documents, records, correspondence, in any format and medium (including, but not limited to, envelopes, letters, papers, diaries, manifestos, manuals, email messages, chat logs and electronic messages, and handwritten notes) pertaining to child pornography, visual depictions of minors engaged in sexually explicit conduct, child erotica, or the sexual exploitation of children, and to include any and all data or records that may reveal indicia of creation, use, or ownership of the notes, documents, records, or correspondence.

7. Any and all cameras, film, videotapes or other photographic equipment, which may be used to contain, create or duplicate child pornography, visual depictions of minors engaged in sexually explicit conduct, or child erotica.

8. Any and all documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, email messages, chat logs and electronic messages, and other digital data files), pertaining to occupancy or ownership of the RESIDENCE described above, including, but not limited to, rental or lease agreements, mortgage documents, rental or lease payments, utility and telephone bills, mail envelopes, or addressed correspondence.

9. Any and all records, documents, invoices and materials, in any format or medium (including, but not limited to, envelopes, letters, papers, email messages, chat logs and electronic messages, and other digital data files) that concern any accounts with an Internet Service Provider.

10. Any and all records, documents, invoices and materials, in any format or medium (including, but not limited to, envelopes, letters, papers, email messages, chat logs and electronic messages, and other digital data files) that concern online storage or other remote computer storage, including, but not limited to, software used to access such online storage or remote computer storage, user logs or archived data that show connection to such online storage or remote computer storage, and user logins and passwords for such online storage or remote computer storage.

11. Any and all records, documents, invoices and materials, in any format or medium (including, but not limited to, envelopes, letters, papers, email messages, chat logs and electronic messages, and other digital data files) that concern encryption, deletion, or destruction of evidence.

12. Any and all visual depictions of minors that may assist in the identification of minors depicted in images of child erotica or child pornography.

4

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

FILED
U.S. District Court
District of Kansas
DEC 08 2020
Clerk, U.S. District Court
By _____ Deputy Clerk

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

the premises and devices located at 517 Lincoln Street, Marquette, Kansas, as further described in Attachment A

Case No. 20-m-6163-01-KGG

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of ___Kansas___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☐ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1591 | Sex Trafficking of a Minor |
| 18 U.S.C. 2251 | Production of Child Pornography |

The application is based on these facts:

See Attached Affidavit of Probable Cause.

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Andrew Campbell, SA, FBI
*Printed name and title*

Sworn to before me and signed ~~in my presence~~ telephonically.

Date: Dec. 8, 2020

City and state: Wichita, KS

*Judge's signature*

The Honorable Kenneth G. Gale, US Magistrate Judge
*Printed name and title*